IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL CASE NO. |
| v. | 1:13-CR-480-JEC |
| ANGELIQUE MCRAE, a/ka ANGELIQUE COBBS-NJIE, | |
| Defendant. | |

**REPORT & RECOMMENDATION CONCERNING PLEA OF GUILTY**

The defendant, ANGELIQUE MCRAE, also known as Angelique Cobbs-Njie, by written consent, has appeared before me with counsel and has entered a plea of guilty to the Criminal Information. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in FED. R. CRIM. P. 11, I have determined that the guilty plea was knowing and voluntary and that the offense charged in the Criminal Information is supported by an independent basis in fact establishing each of the essential elements of such offense. I, therefore, **RECOMMEND** that the plea of guilty be accepted and that the defendant be adjudged

AO 72A
(Rev.8/82)

guilty of the offense, 18 U.S.C. § 641, charged in the Criminal Information and have sentence imposed accordingly.

The clerk of court is **DIRECTED** to terminate the reference to the undersigned.

**IT IS SO RECOMMENDED** this the 5th day of March, 2014.

_/s/ Janet F. King_
JANET F. KING
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)